NOV 18 2025 PM1:49
FILED-USDC-CT-HARTFORD

SUPERIOR COURT

95 WASHINGTON ST

JURISDICTION HARTFORD

*860) 756-7020

NOVEMBER 17,2025

PLAINTIFF

PRO-SE

CONSTANCE HICKS

HOMESPRING INN & STUDIOS

(TEMP HOUSING)

1499 SILAS DEANE HIGHWAY

RM #223

ROCKY HILL CT 06067

(959)710-9448

CONSTANCEHICKS10@GMAIL.COM

EFILE SERVICES-CONSTANCE2021

PLAINTIFF

V

DEFENDANT 1

SHIFTKEY LLC AGENCY

5221 NOCONNOR BLVD#1400

IRVING , TX 75039

(866) 633-3548

DEFENDANT COUNSEL

ELIZABETH MCKENNA

SHAREHOLDER

LABOR AND EMPLOYMENT SOLUTIONS

265 CHURCH ST ONE CENTURY TOWER

SUITE 300

NEW HAVEN CT 06510

(203) 974-8714

(203)606-4628 MOBILE

(203) 823-4801 FAX

EMCKENNA@LITTLER.COM

DEFENDANT 2

CHRO MARIO R. GARRIDO

NO. 2440369

EEOC NO. 16A-2024-00828

INVESIGATOR

EASTERN REGION

100 BROADWAY CITY HALL

NORWICH, CT 06360

(860) 383-1759

(860) 886-2550 FAX

DEFENDANT 3

CHRO CATHERINE CHESTER

SECRETARY II

NORWICH EASTERN REGION

100 BROADWAY CITY HALL

RM 208

NORWICH, CT 06360

(860) 383-1757

(860)886-2550 FAX

CATHERINE.CHESTER@CT.GOV

DEFENDANT 4

CHRO EXECUTIVE DIRECTOR

TANYA HUGHES

TANYA.HUGHES@CT.GOV

DEFENDANT 5

CHRO EXECUTIVE SECERATARY TO THE EXECUTIVE DIRECTOR

EXECUTIVE OFFICE

DARIAN PITTS (SHE HER HERS)

450 COLUMBUS BLVD STE 2

HARTFORD, CT 06103

(860)541-3421

(860)573-2210

DEFENDANT 6

CHRO ROBERT ALDI

REGIONAL MANAGER

EASTERN REGION

100 BROADWAY CITY HALL

RM #208

NORWICH, CT 06360

(860)383-1756

(860)886-2550 FAX

(860)373-7913

ROBERT.ALDI@CT.GOV

DEFENDANT 7

CHRO NICHOLAS D. KAPOOR

HEHIMHIS

CHAIRMAN

450 COLUMBUS BOULEVARD

SUITE 2

HARTFORD, CT 06103

(203) 521-4734

CMRKAPOOR.CHRO@CT.GOV

DEFENDANT 8

EEOC

SHAREE NAIME

INVESTIGATIVE SUPPORT AST.

BOSTON AREA OFFICE

DARLAN BASTIDAS

SUPERVISER INVESTIGATOR

DARLAN.BASTIDAS@EEOC.GOV

DEFENDANT 9

DIANE WELLER

ATTORNEY PRACTICE COORDINATOR

LABOR &EMPLOYMENT LAW SOLUTIONS

265 CHURCH ST. ONE CENTURY , TOWER

SUITE 300

NEW HAVEN, CT 06510

(203) 974-973 OFFICE

(816)898-5353 MOBILE

DWELLER@LITTLER.COM

DEFENDANT 10

SHIFTKEY AGENCY

ACCOUNT MANAGER

ALEX HEIDT

5221 NOCCONNOR BLVD #1400

IRVING TX 75039

(469) 923-8648

A.HEIDT@SHIFTKEY.COM

CONSTANCE HICKS

HOMESPRING INN & STUDIOS

(TEMP MOTEL RESIDENCE)

1499 SILAS DEANE HIGHWAY

RM #223

ROCKY HILL, CT 06067

PLAINTIFF

EFILE SERVICES-CONSTANCE2021

CONSTANCEHICKS10@GMAIL.COM

(959)710-9448

NOVEMBER 16,2025

V

SHIFTKEY, LLC

5221 N OCCONOR BLVD #1400

IRVING, TX 75039

PLATFORM HEALTHCARE OPERATION FOR MEDICAL PROFESSIONALS

TO ACCESS SHIFTS IN THE STATE TO EARN WAGES

DEFENDANT #1

EMPLOYMENT COMPLAINT

1. COUNT 1 SHIFTKEY llc. Failed to provide a 1099 or W2 for wages earned 2022
2. COUNT 2 SHIFTKEY llc Failed to provide a 1099 or W2 for wages earned 2023 for all years employed and hours worked as a Contractor Essential Employee through their Platform

3. COUNT 3 SHIFTKEY llc Failed to provide all wages earned total wages earned for the entire time employed through the work platform of shifts at several different facilities.
4. SHIFTKEY llc caused emotional, physical and financial distress by not submitting a yearly employment amount of wages.
5. SHIFTKEY llc. Caused and is causing financial repercussions and tax debt by not providing me to pay taxes on wages earned for a 1099 Platform shifts.
6. SHIFTKEY llc Failed to provide a 1099 for years 2022 & 2023 causing unlawful employment not able to report wages to IRS.
7. SHIFTKEY llc Elizabeth Mckenna told Mario Gurrido CHRO investigator in an email conversation on March 14, 2025 at 1:40 pm, saying Constance Hicks did not meet threshold for 1099 years worked.
8. SHIFTKEY llc failed to provide Constance Hicks with a total amount of earned wages for all the years worked on the Healthcare Platform as a CNA certified nurse ast.
9. SHIFTKEY llc Failed to provide Constance Hicks paystubs when asked through the CHRO Fact Finding Investigation.
10. SHIFTKEY llc Failed to respond to an incident report of patient injury when on shift November 5,2023 on the 3-11 shift
11. Alex Heidt Failed to respond by email. Tex or phone call about a patient injury incident on November 5, 2025 at Cobalt Healthcare and Rehabilitation(owned by Z Incorporated) (see DPH Investigative report facility violations)
12. My shift on November 5, 2023, 3-11worked for shift key llc was short staffed and out ratio patient to CNA causing difficult assignment.
13. My shift at Cobalt healthcare and Rehabilitation was scheduled by Shiftkey llc in which they aided and abetted an unsafe facility with hazardous work conditions and unsafe platform shift which resulted in patient harm.
14. SHIFTKEY llc, cancelled my Platform access with out an explanation, reason or cause , did not notify me or try to discuss the incident.
15. SHIFTKEY LLC caused Constance Hicks loss of wages in tax return for the years 2022,2023 total months and shifts worked and completed with signature time slips.
16. SHIFTKEY LLC CAUSED CONSTANCE HICKS TO BE OUT WORK FOR 3 MONTHS LOSS OF WAGES FOR THIS TIME IS $21,000 CONTRACTOR WAGES.
17. SHIFTKEY llc caused Constance Hicks to be on unemployment from DEPT of Labor.
18. This is unlawful behavior to not provide a 1099 or W2 when hours are worked in the State of CT.

19. SHIFTKEY LLC never reported any behavior or shift issues to Constance Hicks at any time of entire employment by email or in written form for corrective solution.
20. SHIFTKEY LLC continued to use my Healthcare services and CNA certificate to make money from faculties CONTRACT sending me on shifts for their financial gain.
21. SHIFTKEY LLC OPERATES ILLEGALLY IN CT BY NOT PROVIDING W2'S OR 1099 FOR WAGES EARNED.
22. SHIFTKEY llc is fraudulently made a wage earned statement to CHRO Human Rights Office Investigator saying not enough wages was earned to receive a 1099 for any years worked causing financial harm to my lifestyle with a pet.
23. SHIFTKEY llc Deactivated and cancelled all my shifts without communication or follow up about any reason or incident.
24. SHIFTKEY llc made a false illegal statement to CHRO when asked about 1099 .
25. EEOC HAS GIVEN CONSTANCE HICKS THE RIGHT TO SUE IN CIVIL SUPERIOR COURT OR FEDERAL COURT
26. SHIFTKEY llc was aware of my disability chronic back pain can not do excessive heavy lifting
27. Constance Hicks told Shiftkey llc I was injured on previous employment.
28. Constance Hicks told Shiftkey llc I have a disability of PTSD
29. Constance Hicks made ShiftrKey llc Platform Agency aware I ve been working as a Contractor for several years and it is the Law to report cash,check and platform earnings not the IRS.
30. SHIFTKEY LLC caused the Police and EMT's to be called to Cobalt Healthcare Rehabilitation when Alex Heidt did not return text or email when on shift 11/5/25 3-11 when [patient head and neck was suck between side rails.
31. SHIFTKEY LLC scheduled Constance Hicks a double shift on their Platform for hours of 7am – 3 pm and 3pm-11 pm total of 16 hours.
32. SHIFTKEY LLC payrate for shifts has differentials and hourly rates between $23-$30
33. SHIFTKEY LLC FAILED TO DISCUSS DNR OR ANY ISSUES AT ANY TIME ON SHIFTS FROMSEVERAL DIFFERENT FACILITIES AND KEPT USING ME AND MY CNA CERTIFICATE FOR FINANCIAL GAIN FOR THERE PLATFORM CONTRACTING AGREEMENTS WITH FACILITIES , IN WHICH I PROVIDING CARE IN SKILLED NURSING,REHABILITATION POST ACUTE AND SUBACUTE, LONGTERM AND SHORT TERM CARE FACILITIES.
34. Police report is going to be provided as well as EMT report of incident 11/5/2025
35. Incident report was completed by Constance Hicks

36. Nurse Martha was unprofessional and trying to cover up patient injury.
37. Patient of incident was Hospice and had no medical oorder from DR. to have side rails up.
38. SHIFTKEY LLC SCHEDU;ED ME AT AN UNSAFE FACILITY WHO VIOLATED DPH RULES ,REGULATIONS, SAFETY MEASURES AND THE LAW OF NURSING HOME
39. I AM FILING CRIMINAL FEDERAL CHARGES NECESSARY FOR NOT PROVIDING 1099 EARNED WAGES.

WHERFEFORE, I AM ASKING THE COURT FOR REMEDIES LISTED ON CHRO WORKSHEET and COMPLAINT TO COURT RESOLIUTION FORM OF ANNUAL LOSS OF WAGES, (UNABLE TO FILE TAX RETURN WITH SHIFTKEY LLC WAGES) LOSS OF ANNUAL WAGES $55.000 NOT INCLUDING MONETARY COMPENSATION MONIES FOR EMOTIONAL DISTRESS, MENTAL AND PHYSICAL DISTRESS, TRAUMA AT WORK AND FINANCIAL BILLS, DEBT DURING PLATFORM FREEZE AND DEACTIVATION. MEDICAL BILLS DURING THERAPY. TOTAL AMOUNT TO RESOLVE CASE IS $85,000.

COPY OF THIS COMPLAINT IS BEING EMAILED TO ELIZABETH MCKENNA (shareholder)EMckenna@littler.com, Dweller@litter.com, EEOC Sharee.nairne@eeoc.com, copy was delivered,filed to Hartford Superior Court or Hartford Supreme Court. Federal.

Plaintiff

Pro-se

Constance2021

11/17/25