Complaint
CHRO

I was subject to discriminatory treatment on 11/5/2023

The treatment was Nursing Supervisor Martha was trying to cover up an incident report on a injured patient. My assignment was caring for residents in the facility. A hospice patient Name Betty Johnson room #28 by herself at the end of hallway. During rounds, cleaning up dinner trays at 7:30 pm she was found by me screaming because her head and neck were stuck in the side rail of the bed. Body was slanted & forehead in between the railing. Red spot-on forehead. I called Nurse for help she was clocking out; she came down hallway went in room pulled patient head out of railing and told me her shift was over and i need go get Supervisor Nurse Martha. Martha assessed her no broken bones, and patient was alert and talking. I washed her up and put a clean adult diaper brief on her, and changed her sheets, as she is not a feed, she spilt some juice during dinner.

**My recommendation was patient needed to be on 5 min rm checks and moved to the front of the hallway for supervision at the Nurse desk. (only 2 CNAs on duty this day during the 3-11 shift)**

The nurse supervisor Martha never took vitals on the injured patient, i asked for an incident report form because it's the law to document injury and i needed to report this to my Agency. She began to get in a mood swing and yell "Why do you need an incident report? Your agency doesNOT need to know what goes on here." I said to her it is protocol to fill out an incident report. She went to get the form and again said you don't need to write anything. I wrote the report and signed it, then texted my supervisor. Alex Heidt no answer. So, i went to check on patient gain, this time to do vitals before i wrote the report and she was alert sitting up. I went back up to the Nurse desk "I ask the Supervisor Martha is there anything you need me to sign? "She yelled and said No as she was filling out her own report trying to cover up the incident i ask her can i read her report she said no. I asked her did she take vitals (I recorded this conversation on my phone & saved in my email for evidence of neglect, unethical, behavior of a Nurse) on patient she said no, I told her i brought my own equipment and already took vitals. This conversation was recorded and then i called 911 State Trooper's answered and dispatched Police and EMT's because she was breaking the medical protocol law. Police were there in 15 min with ambulance. My shift was almost over, it's now about 9:30 pm and i clocked out at 11pm and i was not leaving my assignment without Police and EMT back up. I was given a police report # and told the Nurse i am a mandated reporter and she is being reported. The EMT's began their own questioning and taking vitals, then asked for Betty Johnson medical record because patient's BP was high.

I believe i was discriminated against because i am an agency employee and facilities treat us horribly. All my shifts were cancelled after this shift. Agency suspended my app access to schedule shifts at ALL locations. Never responded to me about my employment. I sent several requests to discuss what happened. Nobody from shift key contacted me. I **WAS RETALLIATED ON BECAUSE I REPORTED ABUSE, THEN I WAS TERMINATED.**

**I WAS TREATED DIFFERENT BECAUSE THE OTHER CNA ON DUTY WAS A PREVIOUS EMPLOYEE TO FACILITY.**

The person discriminating against me was the Supervisor Nurse Martha and the Agency Shiftkey

I was terminated never given a reason or any communication after this incident

I filed an internal complaint of discrimination with shiftkey agency by sending an email to appealshiftkey.com (no answer from them) No investigation communication was ever communicated to me. Only the account suspension email unable to pick up shifts.

Constance Hicks

2/1/2024 CHRO

November 16, 2025
filed in Superior Court
Jurisdiction HIFD

* I put RM pillow on both sides going forward because nurse told me she does not have a safety wedge. (CH)

**Statement Form**

Interview / Statement Summary:

# 28 [redacted] - Hospice patient was found by me during rounds after supper 7:30pm in the bed with slanted body to side railing & forehead in between railing.

Red spot on forehead. Nurses assessed her no broken bones & patient was alert talking.

I washed her put brief & change sheets. BM was on sheets. Patient needs to be smaller room moved to front hallway on supervision at nurse desk. ✓

only 2 CNA's on duty 3-11

Last time patient was seene by me is dinner clean up 6:30 - 7:15pm went back to patient after at 7:30pm

PATIENT IS LIVING UNSAFE AT WOAT nursing Home. (CH)

Signature: Constance [illegible]   Date: 11/5/2023

Shift Key Supervisor Notified 8pm. With Incident Report. (CH)

Incident Report

# STATE OF CONNECTICUT
## DEPARTMENT OF PUBLIC HEALTH

Manisha Juthani, MD
Commissioner

Ned Lamont
Governor
Susan Bysiewicz
Lt. Governor

Healthcare Quality And Safety Branch

***IMPORTANT NOTICE - PLEASE READ CAREFULLY***

January 2, 2024

Mr. Todd Zgorski, Administrator
Cobalt Lodge Health Care And Rehabilitation Center
29 Middle Haddam Rd
Cobalt, CT 06414

Dear Mr. Zgorski:

An unannounced visit was made to Cobalt Lodge Health Care And Rehabilitation Center which concluded on December 7, 2023 by representatives of the Facility Licensing and Investigations Section of the Department of Public Health for the purpose of conducting an investigation.

Attached are the violations of the Regulations of Connecticut State Agencies and/or General Statutes of Connecticut which were noted during the course of the visits. The state violations cannot be edited by the provider in any way.

In accordance with Connecticut General Statutes, section 19a-496, upon a finding of noncompliance with such statutes or regulations, the Department shall issue a written notice of noncompliance to the institution. Not later than ten days after such institution receives a notice of noncompliance, the institution shall submit a plan of correction through the ePOC website to the Department in response to the items of noncompliance identified in such notice.
The plan of correction is to be submitted to the Department by January 12, 2024.
The plan of correction shall include:
(1) The measures that the institution intends to implement or systemic changes that the institution intends to make to prevent a recurrence of each identified issue of noncompliance;
(2) the date each such corrective measure or change by the institution is effective;
(3) the institution's plan to monitor its quality assessment and performance improvement functions to ensure that the corrective measure or systemic change is sustained; and
(4) the title of the institution's staff member that is responsible for ensuring the institution's compliance with its plan of correction.

The plan of correction shall be deemed to be the institution's representation of compliance with the identified state statutes or regulations identified in the department's notice of noncompliance. Any

institution that fails to submit a plan of correction may be subject to disciplinary action.

You may wish to dispute the violations and you may be provided with the opportunity to be heard. If the violations are not responded to by January 12, 2024 or if a request for a meeting is not made by the stipulated date, the violations shall be deemed admitted.

We do not anticipate making any practitioner referrals at this time.

Please return your response to the Supervising Nurse Consultant through the ePOC(as an attachment) website and direct your questions regarding the violations and any questions concerning the instructions contained in this letter to the Supervising Nurse Consultant at (860) 509-7400. Please do not send another copy via US mail.

Respectfully,

*Maureen Golas Markure*

Maureen Golas Markure, M.S.N, R.N.
Supervising Nurse Consultant
Facility Licensing and Investigations Section

MGM:mdf

Complaint # 36586

The following is a violation of the Regulations of Connecticut State Agencies Section 19-13-D8t (j) Director of nurses (2) and/or (k) Nurse supervisor (1) and/or (o) Medical records (2)(I).

1. Based on clinical record review, facility documentation review, facility policy review and interviews for two of three residents (Resident #1 and #2) reviewed for accidents, the facility failed to ensure orders for side rails and a comprehensive care plan were developed timely to include use of bed rails. The findings include:

   a. Resident #1 was admitted with diagnoses that included dementia, peripheral vascular disease (PVD) and depression. Physician order dated active 11/1/2023, directed assist of two for bed mobility and ADLs. A quarterly Minimum Data Set (MDS) assessment dated 11/15/2023 identified Resident #1 had moderately impaired cognitive status, was dependent for personal hygiene, moderate assist for rolling left to right and was not ambulatory. The Resident Care Plan (RCP) dated 11/30/2023 identified Resident #1 as at risk for falls. Interventions directed to anticipate needs and be sure the call light was in reach.

      A facility incident report dated 11/5/2023 identified Resident #1 was observed leaning to the right side of bed with his/her head against the side rail and was holding the side rail with her/his left hand. A discoloration was noted to the right forehead.

      A nursing progress note dated 11/5/2023 at 10:12PM identified that a blue discoloration was noted to Resident #1's forehead after resident was observed leaning to the right side of the bed with her forehead against the bedside rail and holding the rail with their right hand. The note further indicated both side rails were padded after the incident.

      Review of the clinical record failed to identify a physician order or care plan that directed use of side rails on Resident #1's bed.

   b. Resident #2 was admitted with diagnoses that included dementia, chronic kidney disease (CKD) and abnormalities of gait and mobility. A quarterly MDS assessment dated 10/27/2023 identified Resident #2 had moderately impaired cognitive status and was moderate assist for personal hygiene, independent for rolling left to right, set up assistance for transfer and ambulation with a walker. The RCP dated 9/21/2023 identified Resident #2 had impaired cognition and was at risk of falls. Interventions directed to keep a consistent routine, anticipate needs and to encourage use of the call light.

      Observations of Resident #1 and Resident #2 on 12/7/2023 at 10: 00 AM identified that each Resident was lying in bed with ¼ side rails up on both sides of their beds.

      Interview and review of Resident #1 and Resident #2 's medical records with the DON on 12/7/2023 at 1:00 PM identified although Resident #1 and Resident #2 both had ¼ side rails on their beds, the RCP lacked interventions to address side rail use. Further, the DON was

The facility Care Plan Policy dated 9/1/2023 directed in part, services provided are consistent with each resident's written plan of care.

**<u>Plan of Correction for Violation #1</u>**

(1) The measures that the institution intends to implement or systemic changes that the institution intends to make to prevent a recurrence of each identified issue of noncompliance.
(2) the date each such corrective measure or change by the institution is effective.
(3) the institution's plan to monitor its quality assessment and performance improvement functions to ensure that the corrective measure or systemic change is sustained; and
(4) the title of the institution's staff member that is responsible for ensuring the institution's compliance with its plan of correction.

The facility recognizes that all residents have the potential to be affected.

Resident #1, 2, and 3 have since had a side rail evaluation/assessment completed, and have been identified through current side rail evaluation put in place to indicate the need for side rail use.

Resident #2

The facility has initiated and implemented appropriate care plans for padded side rails and orders to check for placement, MD orders in place as appropriate for side rails, consents distributed and obtained. Evaluations developed and all are part of our admission checklist that includes a check off for side rail evaluation, side rail consents, side rail MD order, and side rail care plan. Policies are created and implemented. Education provided to current staff and will be ongoing for new hires. Evaluations are created and completed within the electronic medical record, (PCC). Policies are created and implemented.

Plan to monitor Q/A to ensure corrective measures/change is sustained:

This will be monitored as part of an audit to check admission check list and care plan evaluations quarterly by The Director of Nursing. Continued Education will be ongoing for newly hired staff.

Oversight and Compliance:

The following is a violation of the Regulations of Connecticut State Agencies Section 19-13-D8t (f) Administrator (3)(D) and/or (j) Director of nurses (2) and/or (k) Nurse supervisor (1) and/or (m) Nursing staff (2).

2. Based on clinical record review, facility documentation review, facility policy review and interviews for three of three residents (Resident #1, #2, and #3) reviewed for side rail use, the facility failed to ensure an assessment was completed timely to assess the risk for entrapment, resident risk/benefits of use, and to obtain informed consent for the use of a bed rail, and failed to maintain a maintenance log of routine maintenance. The findings include:

    c. Resident #1 was admitted with diagnoses that included dementia, peripheral vascular disease (PVD) and depression. Physician order dated active 11/1/2023, directed assist of two for bed mobility and ADLs. A quarterly Minimum Data Set (MDS) assessment dated 11/15/2023 identified Resident #1 had moderately impaired cognitive status, was dependent for personal hygiene, moderate assist for rolling left to right and was not ambulatory. The Resident Care Plan (RCP) dated 11/30/2023 identified Resident #1 as at risk for falls. Interventions directed to turn and position every two (2) hours with the assistance of two (2) staff, padding to both side rails, and supervise as needed.

    d. Resident #2 was admitted with diagnoses that included dementia, chronic kidney disease (CKD) and abnormalities of gait and mobility. A quarterly MDS assessment dated 10/27/2023 identified Resident #2 had moderately impaired cognitive status and was moderate assist for personal hygiene, independent for rolling left to right, set up assistance for transfer and ambulation with a walker. The RCP dated 9/21/2023 identified Resident #2 had impaired cognition and was at risk of falls. Interventions directed to keep a consistent routine, anticipate needs and to encourage use of the call light.

    e. Resident #3 was admitted with diagnoses that included abnormal posture, anxiety, and unsteadiness. A quarterly MDS assessment dated 9/29/2023 identified Resident #3 had moderately impaired cognitive status and required extensive assistance of two (2) staff for bed mobility, was dependent for transfer and required extensive assistance of staff for

was in bed with ¼ side rails up on both sides of the bed.

Reviews of Residents #1, #2 and #3's clinical records failed to identify assessments were completed to indicate side rail usage was required, assessed for potential restraints, potential for entrapment, and consents were obtained for side rail use.

Interview and clinical record reviews with the DON on 12/7/2023 at 12:00 PM identified each medical record lacked an assessment to identify entrapment risk, potential restraints, or resident need for side rail usage. Further, the clinical records lacked signed informed consents for bed rail uses that would have identified any potential risks of bedrail use. The DON indicated she was unaware assessments should be completed and consents obtained.

Interview with Director of Maintenance on 12/7/2023 at 1:15 PM identified that although he performs monthly bed rail assessments and any maintenance performed, he does not document them.

Although requested the facility was unable to provide a bed rail policy, restraint policy or a bed rail maintenance log for routine maintenance and assessments of resident's bed rails.

**Plan of Correction for Violation #2**

1) The measures that the institution intends to implement or systemic changes that the institution intends to make to prevent a recurrence of each identified issue of noncompliance.
(2) the date each such corrective measure or change by the institution is effective.
(3) the institution's plan to monitor its quality assessment and performance improvement functions to ensure that the corrective measure or systemic change is sustained; and
(4) the title of the institution's staff member that is responsible for ensuring the institution's compliance with its plan of correction.

The facility recognizes that all residents have the potential to be affected.

Care plans initiated and implemented, Care plan appropriate and orders to check for placement, MD orders in place as appropriate for side rails, consents distributed and obtained. Evaluations developed and all are part of our admission checklist that includes a check off for side rail evaluation, side rail consents, side rail MD order, and side rail care plan. Evaluations are created and completed within the electronic medical record, (PCC). Policies are created and implemented. Education provided and will be ongoing for new hires. Side rail policy 12/8/23, Side rail consent form 12/8/23, Bed Rail & Bed Inspection Policy & Procedure 12/8/23, Restraints 12/8/23

Plan to monitor Q/A to ensure corrective measures/change is sustained:

This will be monitored as part of an audit to check admission check list and care plan evaluations quarterly by The Director of Nursing. Continued Education will be ongoing for newly hired staff.

Oversight and Compliance:

Person responsible for ensuring the institutions compliance with plan of correction by the Director of Nursing.

Completion Date: 1/08/24

The following is a violation of the Regulations of Connecticut State Agencies Section 19-13-D8t (f) Administrator (3)(A) and/or (j) Director of nurses (2)(I) and/or (m) Nursing staff (5).

3. Based on a review of facility documentation and interviews for two sampled days, the facility failed to meet the staffing levels in accordance with the Connecticut Public Health Code. The findings include:

   f. Review of facility documentation identified the census was 30 on 11/5/2023. Review of the CT calculation of the staffing requirements identified the facility required 48.0 hours for nurse aide (NA) staffing from 7 AM to 9 PM. Review of the facility staffing identified the facility had 36.0 hours; the facility was under the required hours by 12 hours.

   g. Review of facility documentation identified the census was 29 on 12/4/2023. Review of the CT calculation of the staffing requirements identified the facility required 46.4 hours for nurse aide (NA) staffing from 7 AM to 9 PM. Review of the facility staffing identified the facility had 42 hours; the facility was under the required hours by 4.4 hours.

   Interview with the DON dated 12/7/2023 at 1:00 PM identified herself, Administrator, and nurse scheduler are responsible to ensure the facility is meeting the staffing per the CT Public Health Code and was unable to explain why the staffing did not meet the Public Health Code

**Plan of Correction for Violation #3**

1) The measures that the institution intends to implement or systemic changes that the institution intends to make to prevent a recurrence of each identified issue of noncompliance.
(2) the date each such corrective measure or change by the institution is effective.
(3) the institution's plan to monitor its quality assessment and performance improvement functions to ensure that the corrective measure or systemic change is sustained; and
(4) the title of the institution's staff member that is responsible for ensuring the institution's compliance with its plan of correction

The facility recognizes that all residents have the potential to be affected.

Ads for recruiting are continuously being run through platform Indeed. Interviews are frequently being scheduled and hiring is continuous. (attached you will find Indeed ad).

Several agencies have been recently contracted to assist with staffing including agencies such as Intelycare, Pro staff, Shift key, and others.

Cobalt follows the CT Public Health Code requirements and schedules staff accordingly to ensure we consistently meet appropriate staffing levels.

Plan to monitor Q/A to ensure corrective measures/change is sustained:

This will be monitored as part of our continued efforts to maintain adequate staffing levels by the Administrator. Continued efforts will be ongoing for advertising and recruiting.

Oversight and Compliance:

Person responsible for ensuring the institution's compliance with the plan of correction by the Administrator.

Completion: 1/5/24

# U. S. Department of Labor
Occupational Safety and Health Administration

## Notice of Alleged Safety or Health Hazards

| Complaint Number | |
|---|---|

| | | | |
|---|---|---|---|
| Establishment Name | Cobalt Health Care and Rehabilitation Center | | |
| Site Address | 29 Middle Haddam RD, Cobalt CT 06414 | | |
| Site Phone | (860) 267-9034 | Site Fax | |
| Mailing Address | | | |
| Mail Phone | | Mail Fax | |
| Management Official | | Telephone | |
| Type of Business | Convelescent Nursing Home | | |

**HAZARD DESCRIPTION/LOCATION.** Describe briefly the hazard(s) which you believe exist and on what date you last observed the hazard(s). Include the approximate number of employees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

November 5,2023 3-11 pm shift. No soap again to wash residents only cold water. During this shift i was cleaning up dinner trays with 1 other staf member, 6:30-7:15 pm . Then i began repositining rounds at 7:30 pm and patient Betty Johnson romm #28 was found by me with neck stuck in bed side rail, body off to the side of bed, yelling for help. No 1 could hear her because she is at the end of the hallway in a room by herself, with tv on considered a hospice patient. Red mark on her forhead. I immediatley got the nurse Annetta she did a brief assessment pulling her neck out rail & said to me no broken bones get the other superviser Martha cause she was clocking out. I asked for safety wedge for the bed to prevent this Nurse said she does not have any safety wedges. So i put pillows in between and took a picture. Neither nurse ever did vitals and refuse to do anything else for patient . I thought this was unethical and i ask for a incident report form to send my Agency Shift Key supervisor. Alex Heidth. She told me i did not need to cal or report this to my supervisor, and began serving diabetic treats on other hallway. About 9:30 pm i ask her again for incident form she got an yelling rudely i dont need report this, and did not want to give it to me. She was behind the desk writing her own report and said i dont need to see it and refused to give me a copy. Then i asked Suoerviser Nurse Martha is there anything i need to sign ? She replied no. I asked her did you take vitals on patient or any vitals ? she did not respond, so i tod her i did vitals on the hurt resident where do you want me to write them down? no reply from Nurse Martha, so at this point it was
9;30 pm so i cald EMT 911 Police Dept./ Vitals signs were 191/58 pulse 59. Unacceptble no empathy or safety measures being done at this facitlity. Meals are operated outside in a food truck. No vital machines, no soap. Please investigate this facillity by going un announced during the 7-3 shft, 3-11 pm shift or 11-7 shift. Owner is under vestigation by CHRO for sexual harrassment and no CNA's want to show up to work or report unpaid wages because they are scared Also being investigated because several Nursing Agencies sent CNA's and were never paid, so he is being sued for unpaid services. Which means the CNA to patient ratio is not being met for State of Ct law.

| | | |
|---|---|---|
| Has this condition been brought to the attention of: | ■ Employer | ▣ Other Government Agency (specify): DPH#36586 |

*The OSH Act gives employees and employee representatives the right to request that their names not be revealed to their employer. Providing your name and address will only allow OSHA staff to communicate with you regarding your complaint.*

Please Indicate Your Desire:

- ☐ Do NOT reveal my name to my Employer
- ■ My name may be revealed to the Employer

The Undersigned believes that a violation of an Occupational Safety or Health standard exists which is a job safety or health hazard at the establishment named on this form. (Mark "X" in ONE box).

- ☐ Former Employee
- ☐ Current Employee
- ☐ Representative of Employees
- ☐ Federal Safety and Health Committee
- ▣ Other (specify) Shift key Agency

| | | | |
|---|---|---|---|
| Complainant Name | Constance Hicks | Telephone | (959) 710-9448 |
| Address (Street, City, State, Zip) | 191 Spencer st #1212 | | |
| Email Address | Constancehicks10@gmail.com | | |
| Signature | CH | Date | 11/18/2023 |

If you are an authorized representative of employees affected by this complaint, please state the name of the organization that you represent and your title:

| | |
|---|---|
| Organization Name: | Your Title: |

# U. S. Department of Labor
Occupational Safety and Health Administration
## Notice of Alleged Safety or Health Hazards

### For the General Public:

This form is provided for the assistance of any complainant and is not intended to constitute the exclusive means by which a complaint may be registered with the U.S. Department of Labor.

Sec 8(f)(1) of the Williams-Steiger Occupational Safety and Health Act, 29 U.S.C. 651, provides as follows: Any employees or representative of employees who believe that a violation of a safety or health standard exists that threatens physical harm, or that an imminent danger exists, may request an inspection by giving notice to the Secretary or his authorized representative of such violation or danger. Any such notice shall be reduced to writing, shall set forth with reasonable particularity the grounds for the notice, and shall be signed by the employee or representative of employees, and a copy shall be provided the employer or his agent no later than at the time of inspection, except that, upon request of the person giving such notice, his name and the names of individual employees referred to therein shall not appear in such copy or on any record published, released, or made available pursuant to subsection (g) of this section. If upon receipt of such notification the Secretary determines there are reasonable grounds to believe that such violation or danger exists, he shall make a special inspection in accordance with the provisions of this section as soon as practicable to determine if such violation or danger exists. If the Secretary determines there are no reasonable grounds to believe that a violation or danger exists, he shall notify the employees or representative of the employees in writing of such determination.

NOTE: Section 11(c) of the Act provides explicit protection for employees exercising their rights, including making safety and health complaints.

### For Federal Employees:

This report format is provided to assist Federal employees or authorized representatives in registering a report of unsafe or unhealthful working conditions with the U.S. Department of Labor.

The Secretary of Labor may conduct unannounced inspections of agency workplaces when deemed necessary if an agency does not have occupational safety and health committees established in accordance with Subpart F, 29 CFR 1960; or in response to the reports of unsafe or unhealthful working conditions upon request of such agency committees under Sec. 1-3, Executive Order 12196; or in the case of a report of imminent danger when such a committee has not responded to the report as required in Sec. 1-201(h).

### Instructions:

Open the form and complete the front page as accurately and completely as possible. Describe each hazard you think exists in as much detail as you can. If the hazards described in your complaint are not all in the same area, please identify where each hazard can be found at the worksite. If there is any particular evidence that supports your suspicion that a hazard exists (for instance, a recent accident or physical/health symptoms of employees at your site) include the information in your description. If you need more space than is provided on the form, continue on any other sheet of paper.

After you have completed the form, return it to your local OSHA office, found at https://www.osha.gov.

NOTE: It is unlawful to make any false statement, representation or certification in any document filed pursuant to the Occupational Safety and Health Act of 1970. Violations can be punished by a fine of not more than $10,000. or by imprisonment of not more than six months, or by both. (Section 17(g))

### Paperwork Reduction Act Statement:

Public reporting burden for this voluntary collection of information is estimated to vary from 15 to 25 minutes per response with an average of 17 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An Agency may not conduct or sponsor, and persons are not required to respond to the collection of information unless it displays a valid OMB Control Number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to the Directorate of Enforcement Programs at DEP.PRA@dol.gov.

*OMB Approval# 1218-0064; Expires: 07-31-2024*

Do not send the completed form to this Office.

12:17 M LTE 96

# RE: 1099 or W2 have not received [ thread::X6d7fpZnLDGdFIP386TSz3o:: ]

Inbox

**Shiftkey Appe...** 1/29/2024
to me

Hello Constance,

Your 1099 will still be available to access on your ShiftKey account. You will need to login via a desktop to access your 1099. Once logged in click your ""Earnings"" tab, then click 1099s to download. If eligible for a 1099 it will be available no later than January 31,2024.

Thank you,
ShiftKey

---------------- Original Message ----------------
**From:** Constance Hicks [constancehicks987@gmail.com]
**Sent:** 1/29/2024, 12:16 PM
**To:** appeals@shiftkey.com
**Subject:** 1099 or W2 have not received

My question is when am I going recieved my 1099 for wages I earned ? Why I don't have access to app ?

Constance Hicks
~~3/1/1974~~
~~444[illegible]~~

Reply Forward

99+

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/18/2025

**To:** Constance Hicks
1077 Silas Deane Hwy, PMB #296
Wethersfield, CT 06109
Charge No: 16A-2024-00828

EEOC Representative and email: DARLAN BASTIDAS
SUPERVISORY INVESTIGATOR
DARLAN.BASTIDAS@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
08/18/2025

Arlean Nieto
Acting District Director

**Cc:**
Tom Ellis
5221 N O CONNOR BLVD STE 1400
Irving, TX 75039

Elizabeth Mckenna
265 church st
New Haven, CT 06510

Please retain this Notice for your records.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 16A-2024-00828 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 16A-2024-00828 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

## NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.
- In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- **Only one** major life activity need be substantially limited.
- Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications)

**are not considered** in determining if the impairment substantially limits a major life activity.

- An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.
- An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.
- A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability."

***Note:*** *Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

# Screenshot (Nov 21, 2023 3:14:14 PM)

1 message

**Constance Hicks** <constancehicks10@gmail.com> Tue, Nov 21, 2023 at 3:36 PM
To: Appeals <appeals+noreply@shiftkey.com>

Shift key,
My account shift access is still suspended. As of Friday this week if there is no follow up from agency when my shift schedule is available to work , The CHRO paperwork is going to be filed.

CH

# RE: Incident was reported to Ales Heidt 11/5/23 [ thread::lb5uft05Ll6yTCNbt2flzXo:: ]

1 message

**Shiftkey Appeals** <appeals@shiftkey.com> Thu, Nov 9, 2023 at 10:34 AM
To: constancehicks10@gmail.com <constancehicks10@gmail.com>

Dear Constance,

Your account was frozen due to a pending investigation. Your account will remain inactive until there has been a determination.

ShiftKey Appeals Team

--------------- Original Message ---------------
**From:** Constance Hicks [constancehicks10@gmail.com]
**Sent:** 11/7/2023, 2:42 PM
**To:** appeals@shiftkey.com
**Subject:** Incident was reported to Ales Heidt 11/5/23

Shift key my request is to appeal suspension. Explain the reason & when my app is going to be activated again for shifts.

CHRO , DPH & OSHA are receiving my incident report to investigate the Cobalt, owner, Administrator,Nurses & short staff. Unethical ,neglectful, unprofessional behavior. No supplies , no vital machines ,no soap, or adequate CNA to patient ratio. for State law regulations.

## Whistleblower retaliation complaint

1 message

**Constance Hicks** <constancehicks10@gmail.com> Fri, Nov 17, 2023 at 12:26 PM
To: Appeals <appeals+noreply@shiftkey.com>, Alex Heidt <a.heidt@shiftkey.com>

This complaint was filed against you ( Shift key) for taking me off picking up shifts, freezing account with no prior explanation. Until I filed a investigation on Cobalt my account was active

.

CH