Exhibit #1

# Weekly ShiftKey Earnings Summary

1 message

**ShiftKey Team** <help@shiftkey.com>
Reply-to: no-reply <no-reply@shiftkey.com>
To: constancehicks10@gmail.com

Tue, Oct 24, 2023 at 6:46 AM

shiftkey

## Your Weekly Earnings Summary

Last Week You Earned

$757.60

| Shift Date | Facility | Earnings |
|---|---|---|
| 10/22/2023 | Cobalt Lodge Health and Rehabilitation Center | $179.65 |
| 10/21/2023 | Cobalt Lodge Health and Rehabilitation Center | $192.65 |
| 10/19/2023 | Cobalt Lodge Health and Rehabilitation Center | $192.65 |
| 10/17/2023 | Wadsworth Glen Health Care and Rehabilitation Center | $192.65 |

**Last week ShiftKey CNAs earned up to**

**$3,176.43**

**There are 30 shifts available near you**

Click a link below to submit a shift request.