Exhibit #2

# Payment Submitted for Shift on 10/14/2023 at 15:00

1 message

**ShiftKey Team** <help@shiftkey.com> Mon, Oct 16, 2023 at 4:56 PM
Reply-to: no-reply <no-reply@shiftkey.com>
To: constancehicks10@gmail.com

shiftkey

Hi Constance,

We're emailing you to let you know that a payment has been submitted for your Davis Place shift on 10/14/2023 at 15:00.

| | |
|---|---|
| Facility | Davis Place |
| Shift Date | 10/14/2023 |
| Resolved On | 10/16/2023 |
| Payment Method | Direct Deposit (account ending in 3536) |
| Earnings (7.5 hours at $26.70) | $200.25 |
| MedMal Insurance | $0.21 |
| Occupational Accident Insurance | $2.14 |
| Total Payment | $197.90 |

View Earnings Report

Thank You,

The ShiftKey Team

© 2023 ShiftKey. All rights reserved.