Exhibit #3

# Your Shift on 11/05/2023 Has Been Resolved as a Worked Shift

1 message

**ShiftKey Team** <help@shiftkey.com> Sun, Nov 5, 2023 at 11:23 PM
Reply-to: no-reply <no-reply@shiftkey.com>
To: constancehicks10@gmail.com

shiftkey

Hi Constance,

Your Cobalt Lodge Health and Rehabilitation Center shift on 11/05/2023 at 07:00 has been resolved as a Worked Shift with the following details:

| | |
|---|---|
| Facility | Cobalt Lodge Health and Rehabilitation Center |
| Location | 29 Middle Haddam Rd, Cobalt, CT 06414 |
| Time In | 11/05/2023 07:00 |
| Time Out | 11/05/2023 15:00 |
| Break | 30 minutes |
| Rate | $26.00/hr |

A payment for this shift will be made in the next payment cycle.

Thank You,

The ShiftKey Team

© 2023 ShiftKey. All rights reserved.