PLAINTIFF

PRO-SE

CONSTANCE HICKS

HOMESPRING INN & STUDIOS

(TEMP HOUSING)

1499 SILAS DEANE HIGHWAY

RM #223

ROCKY HILL CT 06067

(959)710-9448

CONSTANCEHICKS10@GMAIL.COM

EFILE SERVICES- CONSTANCE2021

PLAINTIFF


V

DEFENDANT 1

SHIFTKEY LLC AGENCY

5221 NOCONNOR BLVD#1400

IRVING, TX 75039

(866) 633-3548

DEFENDANT COUNSEL

ELIZABETH MCKENNA

SHAREHOLDER

LABOR AND EMPLOYMENT SOLUTIONS

265 CHURCH ST ONE CENTURY TOWER

SUITE 300

NEW HAVEN CT 06510

SUPERIOR COURT

95 WASHINGTON ST

JURISDICTION HARTFORD

*860) 756-7020

NOVEMBER 17,2025

*[handwritten annotations:]* Filed in the U.S. State District Court of CT

450 Main St Hartford CT
Suit A012   06103
860-240 3200 Cleek
860-240-3211 fax
november 17, 2025

NOV 20 2025 PM1:19
FILED-USDC-CT-HARTFORD

(203) 974-8714

(203) 606-4628 MOBILE

(203) 823-4801 FAX

EMCKENNA@LITTLER.COM

DEFENDANT 2

CHRO MARIO R. GARRIDO

NO. 2440369

EEOC NO. 16A-2024-00828

INVESIGATOR

EASTERN REGION

100 BROADWAY CITY HALL

NORWICH, CT 06360

(860) 383-1759

(860) 886-2550 FAX

DEFENDANT 3

CHRO CATHERINE CHESTER

SECRETARY II

NORWICH EASTERN REGION

100 BROADWAY CITY HALL

RM 208

NORWICH, CT 06360

(860) 383-1757

(860) 886-2550 FAX

CATHERINE.CHESTER@CT.GOV

DEFENDANT 4

CHRO EXECUTIVE DIRECTOR

TANYA HUGHES

TANYA.HUGHES@CT.GOV

DEFENDANT 5

CHRO EXECUTIVE SECERATARY TO THE EXECUTIVE DIRECTOR

EXECUTIVE OFFICE

DARIAN PITTS (SHE HER HERS)

450 COLUMBUS BLVD STE 2

HARTFORD, CT 06103

(860)541-3421

(860)573-2210

DEFENDANT 6

CHRO ROBERT ALDI

REGIONAL MANAGER

EASTERN REGION

100 BROADWAY CITY HALL

RM #208

NORWICH, CT 06360

(860)383-1756

(860)886-2550 FAX

(860)373-7913

ROBERT.ALDI@CT.GOV

DEFENDANT 7

CHRO NICHOLAS D. KAPOOR

HEHIMHIS

CHAIRMAN

450 COLUMBUS BOULEVARD

SUITE 2

HARTFORD, CT 06103

(203) 521-4734

CMRKAPOOR.CHRO@CT.GOV

**DEFENDANT 8**

EEOC

SHAREE NAIME

INVESTIGATIVE SUPPORT AST.

BOSTON AREA OFFICE

DARLAN BASTIDAS

SUPERVISER INVESTIGATOR

DARLAN.BASTIDAS@EEOC.GOV

**DEFENDANT 9**

DIANE WELLER

ATTORNEY PRACTICE COORDINATOR

LABOR & EMPLOYMENT LAW SOLUTIONS

265 CHURCH ST. ONE CENTURY, TOWER

SUITE 300

NEW HAVEN, CT 06510

(203) 974-973 OFFICE

(816) 898-5353 MOBILE

DWELLER@LITTLER.COM

**DEFENDANT 10**

SHIFTKEY AGENCY

ACCOUNT MANAGER

ALEX HEIDT

5221 NOCCONNOR BLVD #1400

IRVING TX 75039

(469) 923-8648

A.HEIDT@SHIFTKEY.COM