9:43

CMECF@ctd.u... 12:01 AM

to CMECF

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS ***

This Daily Summary Report may contain documents for which one or more of the following policies apply:

Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

There is no charge for viewing opinions.

Activity has occurred in the following cases:

3:25-cv-01951-SVN Hicks v. Shiftkey LLC Agency et al Set Deadlines/Hearings (Docket: https://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?168020)
( No document attached )

Docket Text:
Set Deadlines: Second Amended Complaint due by 4/16/2026 (Denault, S)

Reply all

Forward

99+

CamScanner