**CONSTANCE HICKS**

**1499 SILAS DEANE HIGHWAY**

**#223**

**ROCKY HILL, CT 06067**

**(959) 239-4465**

**CONSTANCEHICKS987@GMAIL.COM**

**PLAINTIFF**

**SELF-REP-PRO-SE**

**US DISTRICT COURT**

**450 MAIN ST**

**HARTFORD, CT 06109**

**(860) 240-3200**

**Case no. 325-CV 01951-SVN**

V

**SHIFTKEY LLC.**

**5221 N. OCONNOR BLVD.**

**SUITE 1400**

**IRVING, TX 75039**

**DEFENDANT #1**

**HR Dept**

**Lauren Dobson**

**Same address as above**

**Defendant #2**

**PLATFORM HEALTHCARE OPERATION FOR MEDICAL PROFESSIONALS TO ACCESS CNA AND NURSE EMPLOYMENT IN THE STATE TO CLICK ON SHIFTS AND EARN WAGES. (DOES OPERATE INTERSTATE COMMERCE)**

**AMMENDED COMPLAINT W COGNIZABLE CAUSE**

**MARCH 27,2026**

1. Count 1. Shiftkey llc. Failed to provide a 1099 , 1099 NEC or a w2

2. Count 2. Shiftkey llc. Failed to provide a total amount wages earned for the years 2023,2024 (all years employed and all hours completed with shift amount rate of pay for each shift individually)
3. Constance Hicks was hired as a CNA contractor essential employee
4. Constance Hicks provided care to residents and patients in the Nursing Homes who had a contract with Shiftkey.
5. Shift key llc caused emotional, financial, physical, distress by not submitting yearly employment wages and paystubs to Plaintiff
6. Shiftkey llc has caused financial repercussions, and tax debt by not providing 1099 information to report wages to IRS.
7. Shiftkey is negligent for not producing or providing a 1099 at end of year 2023,2024
8. Elizebeth Mckenna was an attorney during the CHRO Fact Finding hearing. She told Mario Gurrido investigator, Constance Hicks did NOT meet the threshold to obtain a 1099. **( see email communication exhibit)**
9. Shiftkey llc failed to respond to Plaintiff when asked why my account was deactivated
10. Shiftkey llc failed to respond when I reported patient injury November 5,2023 **(head, neck stuck in the bedside rails.)**
11. On November 5, 2023, I completed a double shift at Cobalt Healthcare Rehabilitation Nursing Home. **(7-3 & 3-11)**
12. On November 5,2023 I reported the incident to police when I cald for EMT's to be dispatched to Cobalt Nursing Home immediately.
13. On November 5,2023 Upon EMT; s and police show up to respond taking a police report and vitals.
14. On November 5, 2023, Constance called, text, emailed shiftkey recruiter Alex Heidt to report patient injury**, (no response ever from him.)**
15. On November 6, 2023, my shiftkey platform app was disconnected and deactivated from printing pay stubs, access to shifts, no access to print 1099.
16. November 6,2023 Plaintiff filed a appeal to get info about
17. why was my app deactivated. **(no response from Shiftkey HR dept or Platform dept.)**
18. On November 7, 2023, sent an email

19. Plaintiff sent an email letting Shiftkey know this is unethical to not communicate about the incident reported and against the law for a Platform agency to ignore patient injury.
20. Plaintiff cald DPH to get a launch internal investigation of violations in the building and short staff ratio to patient.
21. Plaintiff received email from DPH a lengthy investigation was conducted and completed at Cobalt Nursing Rehabilitation Center and found several violations of state codes, ethics, Nursing Home violations and more. **( see DPH report in Affidavit, Exhibit)**
22. IRS rule stated online about 1099's working as Contractors says all Platform companies need to provide 1099 for any wages of $600 or more. **( $600 triggers a 1099 or 1099 NEC)**
23. Cobalt Rehabilitation is owned by Z Incorporated INC.
24. My shifts at Cobalt Healthcare Rehabilitation exceed the $600 wage amount to obtain 1099. **(see exhibits of Time slips and hours signed by several facilities of completed shifts.) (showing cognizable cause of action)**
25. **THE COGNIZABLE ACTION OF RETALIATION IS AS FOLLOWS:**
    1. Plaintiff reported patient injury to local authorities, and DPH
    2. **Plaintiff reported unethical behavior to CHRO**
    3. Plaintiff was deactivated from platform next day with out reason, explanation and was no longer able to pick up shifts and print paystubs.
    4. **See exhibits for all cognizable action of evidence**- (using this time and effort to correct errors and misunderstanding) CT General Statute 31-51m(b) should be dismissed with prejudice and with leave to amend when CHRO was notified) **See exhibits and Right to Sue forms submitted to court from EEOC and CHRO stating right to sue, and time and date when CHRO complaint was filed.**
    5. Plaintiffs claim is timely and was filed correctly with CHRO as I am a mandated reporter. Reporting must be done immediately.
    6. On November 5th, 2023, incident of injured patient who was hospice and no DR. orders to use side bed rails was found with head an neck stuck in railing.
    7. This incident needed immediate reaction from a Nurse in which (she Superviser Martha) told me not to report it and saying my Agency Shiftkey) does not need to know what is goes on here) total violation

trying to cover up injury. (**Causing me emotional and work trauma distress)**

8. **The incident was November 5,2023 and I reported it to CHRO .**
9. The incident was reported to CHRO intake office on Jan 24,2024 at 1:40 pm Investigator Chris Gemeasky**. (See exhibit of proof Timely manner reporting) only two months after incident, giving Shiftkey time to redeem themselves)**
10. Shiftkey cancelled my access to the Platform to click on shifts without explanation, reason or cause, and did not notify me to discuss patient injury or to ask if I was ok physically or emotionally.
11. Shiftkey llc caused Plaintiff loss of wages in tax return years 2023, 2024.
12. Shiftkey llc damaged my credit by not receiving AGI with including wages earned.
13. Shiftkey caused me to apply for unemployment wages.
14. Shiftkey llc caused loss of earnings and opportunity **for three months total amount $21,000 Contractor wages.**
15. Law states State tax regulation **(Title 12 of the CT General Statute & Dept of Revenue Service (DRS)**
16. Not providing such a 1099 to a payee or to file with the state, results in both state -level penalties, and federal (IRS) penalties.
17. Shiftkey should be subject to civil and federal penalties for both years 2023,2024 failure to report and provide 1099 and fraud falsifying saying Constance did not meet threshold.
18. Shiftkey llc showed intentionally disregard of not reporting all 1099 information for Constance Hicks
19. Shiftkey llc never reported any work performance issues, or bad behavior at any time during my platform access.
20. Shiftkey llc never did any written or verbal corrective actions on my platform account access.
21. Shiftkey llc continued to use my Healthcare Services and CNA certificate to make money from facilities, by contracting me and sending me on shifts for their financial gain.
22. EEOC and CHRO have given the Plaintiff Rights to Sue. **( see Exhibits)**
23. Shift key llc scheduled and confirmed a shift Plaintiff clicked on 7-3 and 3-11 double shift at Cobalt HealthCare Rehabilitation on shift November 5th, 2023, total of sixteen hours.

24. Yes, shift key operates as Interstate Commerce. As a Nationwide digital marketplace. **(See exhibit shows cognizable proof.**
25. Shiftkey llc connects healthcare facilities across various states with independent professionals for staffing needs operating across state lines from its Texas Head quarters.
26. The Platform manages these connections with digital payments, and location tracking nationally.

    <u>Key aspects for cognizable proof are as follows:</u>

    <u>Key aspects of interstate commerce include:</u>

    1. National Reach: **The platform operates in multiple states**
    2. Digital Operations**: It is a tech-based platform utilizing cloud-based infrastructure to facilitate staffing.**
    3. Financial Transactions**: It processes payments for services provided across the state lines. (see exhibit for cognizable proof cause of action)**
    4. **Cognizable cause of Action shall be proven**

**The Court has asked me to exclude CHRO employees Mario G, Catherine C, Tanya H, Darian P, Robert A, Nicholas K, Sharee N, Darlan B, for immune position. They are no longer included in this lawsuit.**

**Also, Elizabeth M, Diane W Attorneys during CHRO case are excluded from this law suit. And replaced with HR dept of Shiftkey llc. Lauren Dobson- Head of Human Resources**

27. CHRO EEOC determined on August 18,2025 there is evidence to proceed with a Lawsuit**. (See Exhibit )**
28. CHRO determined there was evidence to go forward to investigating the Retaliation and Hard Assignment short staff ratio complaint March 2024 **(see exhibit)**
29. **CHRO sent a timely manner letter on March 18,2024 in which I replied immediately. (see exhibit)**
30. **Chro received my notarized complaint no- 2440369 in Feb 29, 2024 (see exhibit) and written complaint during my intake interview on January 24,2024 with Chris G in a timely manner from incident date of November 5,2023.**

**PRAYER OF RELIEF,**

**Asking the Court to carefully look at evidence and proceed with within the Law limit.**

**Asking the Court for a Hearing to decide damages as Monetary, Punitive damages, for loss of platform access, loss of wages, emotional, trauma. psychological mental distress and causing financial repercussions $60,000.**

**CERTIFY COPY,**

I am Honestly saying a copy of this Amended complaint was emailed to the defendant and to the CT District Court uploaded in the court file online on this 27th Day of March in the year 2026.

**SIGNED BY:**

**CONSTANCE HICKS**

**PLAINTIFF**

**March 27, 2026**