# **EXHIBIT 1**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **CONSTANCE HICKS**, Plaintiff, v. **SHIFTKEY, LLC,** Defendant. | CIVIL ACTION NO.: 3:25-CV-01951-SVN<br>June 26, 2026 |

**DECLARATION OF AURORA KAISER**

*I, Aurora Kaiser, hereby declare as follows:*

1. I am over 18 years of age, have personal knowledge of all of the facts contained in this Declaration, and if sworn as a witness in this matter can testify competently to the facts set forth herein.

2. I submit this Declaration in support of Defendants' Motion to Compel Arbitration.

3. I am the Executive Vice President of Legal and General Counsel for Defendant ShiftKey, LLC ("ShiftKey"), in the above-referenced action.

4. ShiftKey has its principal place of business in Texas and operates a technology platform where healthcare professionals in many states across the country connect with facilities across the country seeking healthcare professionals to perform healthcare services.

5. ShiftKey does not employ the independent healthcare professionals who use the platform; rather, ShiftKey helps to facilitate connections to allow the healthcare professionals to connect with healthcare facilities in need of their services.

6. Attached hereto as Exhibit A is a true and accurate copy of the history of Plaintiff's Account on the platform showing the times and dates she accepted the Terms of Service.

7. Attached hereto as Exhibit B is a true and accurate copy of the Terms and Service Plaintiff signed on September 7, 2023.

8. In order to gain access to the platform, the independent healthcare professionals must digitally accept the Terms of Service.

9. Independent healthcare professionals who utilize the platform are periodically provided updated copies of the Terms of Service and must review and accept the most current terms in order to maintain their ability to access and use the platform.

10. Prior to signing this Declaration, I was provided with a full opportunity to carefully review this Declaration and freely make any corrections and additions of any kind. I verify that the information I have provided in this Declaration is true and correct.

**I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT PURSUANT TO 28 U.S.C. § 1746.**

Signature: [signature] Dated: June 26th, 2026



CUS_DocIDChunk0
CUS_DocIDChunk1