# EXHIBIT A

# EXHIBIT A

# History of Account - Constance Hicks

• Account created - 2022-12-30 00:58:31+00:00

{ "accepted_tos_version": { "from": 6, "to": 7 }, "tos_accepted_at": { "from": "2022-12-30 13:31:36", "to": "2023-07-01 17:49:08" } }

{ "accepted_tos_version": { "from": 7, "to": 8 }, "tos_accepted_at": { "from": "2023-07-01 17:49:08", "to": "2023-09-07 02:15:24" }, "updated_at": { "from": "2023-09-07 02:15:23.932633", "to": "2023-09-07 02:15:24.001399" } }