# EXHIBIT 2

**Weller, Diane**

---

**From:** Constance Hicks <constancehicks10@gmail.com>
**Sent:** Tuesday, June 9, 2026 9:16 PM
**To:** McKenna, Elizabeth
**Cc:** Beck, Ian; Weller, Diane
**Subject:** Re: Hicks v. ShiftKey
**Attachments:** 1000004755.png; 1000004756.png

Counsel,
I received a response . Are you the Lawyer & Representative for Shift key & Laura Dobson? No I do not agree to Arbutriation as The Court has Federal Jurisdiction as you were sued in Discrimination process already . This Court has the right to Arbutriation relief .

Your being sued for not providing wages
Paystubs 1099, Retaliation for reporting un safety shifts at facility not compliant with CT State laws of a Nursing Home.

Platform deactivation.
You sent email to CHRO stating I did not meet threshold to obtain a 1099.
Never provided wages when I requested my information.
I was unable to file my taxes of earned wages from this Company.
You violated IRS rules regulations not reported wages of my shifts completed
.
Refer to Jules and Andre
Arbutriation

Plaintiff
CH

On Tue, Jun 9, 2026, 6:47 PM McKenna, Elizabeth <EMcKenna@littler.com> wrote:

> Ms. Hicks,
>
> The claims you have asserted against ShiftKey are subject to an arbitration agreement. The terms are set forth in Recital 15 of the attached Terms of Service.
>
> Please let me know if you will agree to voluntarily agree to a stay of the present federal proceedings so that the claim can be arbitrated. Thank you.

**Elizabeth McKenna**
**Shareholder**
+1 203.974.8714 direct, +1 203.606.4628 mobile, +1 203.823.4801 fax
265 Church St, One Century Tower, Suite 300, New Haven, CT 06510
EMcKenna@littler.com

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.